UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>BRUCE CLINTON JOHNSON,<br><br>              Defendant. | Case No. 2:11-CR-00007 JAM<br><br>**NOTICE OF RELATED CASES** |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>DONALD WAYNE JOHNSON,<br><br>              Defendant. | Case No. 2:11-CR-00008 FCD |

    Examination of the above-entitled actions reveal that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are

1

PDF created with pdfFactory trial version www.pdffactory.com

assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:11-CR-00008 FCD be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:11-CR-00008 JAM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  January 19, 2011.            /s/ John A. Mendez_____
                                     JOHN A. MENDEZ
                                     United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com