**FILED**
February 25, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BRUCE CLINTON JOHNSON, )<br>)<br>Defendant. ) | CASE NUMBER: 2:11-cr-00007 JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Bruce Clinton Johnson</u> ; Case <u>2:11-cr-00007 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    __   Unsecured Appearance Bond in the amount of $

    __   Appearance Bond with 10% Deposit

    <u>X</u>   Appearance Bond in the amount of $250,000 secured by Real Property owned by Bruce Johnson, Jr. and Linda Johnson.

    __   Corporate Surety Bail Bond

    <u>X</u>   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>2/25/2011</u> at <u>4:20 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge