BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BRUCE CLINTON JOHNSON,<br><br>        Defendant. | Cr. No. 2:11-CR-007 JAM<br><br>STIPULATION AND ORDER EXCLUDING TIME<br><br>Time: 9:30 am<br>Date: Tuesday, May 10, 2011<br>Court: Hon. John A. Mendez |

    The parties request that the trial currently set to begin on Monday, May 9, 2011, at 9:00 a.m., be vacated, and that the matter be set for a status conference and possible change of plea on Tuesday, May 10, 2011, at 9:30 a.m.  The parties stipulate that the time between Monday, May 2, 2011, and Tuesday, May 10, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

    The parties believe they have reached an agreement in this matter.  However, additional investigation is necessary in order to address issues within the agreement.  In addition, in order to insure continuity of counsel, the proposed schedule is required.

1

Accordingly, the parties believe that the time from May 2, 2011, until May 10, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The parties believe that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 2, 2011         By:   */s/ Kyle Reardon*
                                 KYLE REARDON
                                 Assistant U.S. Attorney

DATED: May 2, 2011         By:   */s/ Kyle Reardon* for
                                 MICHAEL CHASTAINE
                                 Attorney for the Defendant

**<u>ORDER</u>**

The time beginning May 2, 2011, and extending to May 10, 2011, in case number 2:11-CR-007 JAM, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

DATED: 5/3/2011                         /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Judge

3