**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date - Notice of Death**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No:   2:11CR00007-001 |
| ) | |
| Bruce Clinton Johnson ) | |
| ) | |

On 8/9/2011, the above-named was sentenced to Supervised Release for a period of three years. Supervision commenced on August 5, 2015.

On May 18, 2016, this office was notified by Bradley William Barnhill, M.D. that Bruce Clinton Johnson was confirmed dead by cardiac arrest on April 9, 2016 (copy of the notification is on file). It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Shari R. Simon

SHARI R. SIMON
Sr. United States Probation Officer

Dated:   May 18, 2016
         Roseville, California
         SRS:jc

/s/ Michael A. Sipe

**REVIEWED BY:     MICHAEL A. SIPE**
**Supervising United States Probation Officer**

PROB 35A DEATH (ED/CA)

**Re:     Bruce Clinton Johnson**
**Docket No:    2:11CR00007-001**
<u>**Report and Order Terminating Supervised Release**</u>
<u>**Prior To Original Expiration Date - Notice of Death**</u>

---

# ORDER OF COURT

It appearing that Bruce Clinton Johnson is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

| 5/19/2016 | /s/ John A. Mendez |
|---|---|
| **Date** | **John A. Mendez** |
|  | **United States District Judge** |

(Notification copy on file)

cc:     AUSA (NAME) – Kyle Frederick Reardon
        FLU Unit - United States Attorney's Office (Paid in Full)
        Fiscal Clerk - Clerk's Office
        Restitution Accounts - Victims